**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

June 6, 2022

> Application Granted. Defendant Ana Fernandez's conditions of bail are hereby modified to remove the condition of location monitoring. All other conditions of bail shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 26.
>
> Dated: June 9, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

<u>VIA ECF</u>
Honorable Justice Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

RE:   *United States v. Ana Fernandez*
<u>1:22-CR-199(LGS)</u>

Honorable Justice Schofield;

I, Dawn M. Florio, attorney at law, represent Ana Fernandez on the above case matter. I am requesting that Ana Fernandez have her location monitoring removed. Ms. Fernandez is an interior designer, so she works in her clients' homes and it would detrimental to her business if her clientele saw the ankle monitor especially since the weather has gotten warmer and it is visible.

I have spoken to Pretrial Service Officer Laura Gialanella and she has no objection to this request and AUSA Kevin Mead opposes to this request.

I am requesting that this application be acknowledged and considered.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

CC:   AUSA Kevin Mead
      USPT Laura Gialanella