UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-

    ANA FERNANDEZ,
                            Defendant,
------------------------------------------------------------ X

22 Cr. 199-01 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Ana Fernandez's sentencing hearing shall be held on **July 25, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **July 3, 2023**. The Government's pre-sentencing submission, if any, shall be filed by **July 7, 2023.**

Dated: April 3, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**