UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANA FERNANDEZ,<br><br>*Defendant.* | [PROPOSED] ORDER<br><br>22 Cr. 199-01 (LGS) |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 31, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

The Clerk of the Court is directed to terminate the letter motion at docket number 51.

SO ORDERED:

Dated:  New York, New York
        April 4, 2023

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE