UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                     -against-                       22 Cr. 199-01 (LGS)

                                                 ORDER
   ANA FERNANDEZ,
                                Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the sentencing currently scheduled for September 18, 2023, is adjourned to **October 10, 2023, at 11:00 a.m.** due to a conflict in the Court's calendar.

Dated: September 13, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE