**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

October 4, 2023

<u>VIA ECF</u>
Honorable Justice Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

Application Granted,  Defendant Fernandez's sentencing hearing is adjourned from October 10, 2023, to **November 27, 2023, at 11:00 a.m**.  The Clerk of the Court is directed to terminate the letter motion at docket number 63.

Dated: October 5, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

RE:   *United States v. Ana Fernandez*
<u>1:22-CR-199(LGS)</u>

Honorable Justice Schofield;

   I, Dawn M. Florio, attorney at law, represents Ana Fernandez on the above case matter for sentencing on October 10, 2023 @ 11am.

   I am requesting a postponement of the sentencing currently scheduled as I have been notified that I must serve Federal Jury Duty.  (Please See Attached Notice).  Thereafter I have been ordered to start a trial on People v. Tambobwe Moore. (See Do Not Engage Order).  I am asking for your Honor to set a new date for at least three (3) weeks after the original scheduled date of October 10, 2023.

   AUSA Kevin Mead and the Government take no position on my request for adjourning Ms. Fernandez's sentencing.  I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected.  I am requesting that this application be acknowledged and considered.

   Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Ana Fernandez*

CC:   AUSA Kevin Mead

**COUNTY COURT OF THE STATE OF NEW YORK**
RICHARD J DARONCO
WESTCHESTER COUNTY COURTHOUSE
111 DR. MARTIN LUTHER KING, JR BOULEVARD
WHITE PLAINS, NEW YORK 10601
(914) 824-5479
(212) 618-2136



Honorable Robert J. Prisco
County Court Judge

September 26, 2023

Dawn M. Florio, Esq.
Attorney for Defendant
488 Madison Avenue, Floor 20
New York, New York 10022-5705
E: dawnmflorio@yahoo.com

Re: Tambobwe Moore
Indictment No.: 70526-21

Dear Ms. Florio,

     Jury selection in the trial of *People v Tambobwe Moore* will commence on October 12, 2023, promptly at 9:30 a.m. This is the oldest case in Westchester County and this matter cannot be adjourned. All parties are directed to appear before this Court ready to proceed.

Respectfully,

Robert J. Prisco
County Court Judge

Cc:
HON. MIRIAM E. ROCAH
Westchester County District Attorney
111 Dr. Martin Luther King Jr. Blvd.
White Plains, New York 10601
Attn: Assistant District Attorney Annmarie Stepancic

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE CONSTANCE BAKER MOTLEY
JURY ASSEMBLY ROOM, RM 160
500 PEARL STREET
NEW YORK, NY  10277-1697

# SUMMONS FOR JURY SERVICE

PLEASE READ FURTHER INSTRUCTIONS IN THE INFORMATION INCLUDED WITH THIS SUMMONS.

TO: 

Participant Number
**105715275**



**DAWN M FLORIO**
XXXX XXXXXXXXX XXX
XXXXX, XX XXXXX

---

**PLEASE BRING THIS UPPER SECTION WITH YOU WHEN YOU REPORT FOR JURY DUTY**

**DO NOT DETACH**

## JUROR
UNITED STATES DISTRICT COURT



**105715275**

THE COURT SUMMONS YOU TO APPEAR FOR JURY DUTY BEGINNING ON THE DATE, TIME AND PLACE SHOWN BELOW.

**Report to: Room 160 (Please use Pavilion Entrance)**

LOCATION: **THE CONSTANCE BAKER MOTLEY
JURY ASSEMBLY ROOM, RM 160
500 PEARL STREET
NEW YORK, NY  10277-1697**

DATE: **October 10, 2023**

TIME: **8:30 AM**

JUROR NUMBER: **07-0122  PT: 2**

PHONE TO CALL: **(844)324-8729 (MUST CALL EVENING BEFORE)**

---

**101231007**  JURY INFORMATION FORM DETACH THIS PORTION AND RETURN BY MAIL WITHIN 5 DAYS  *IF YOU HAVE NO HOME PHONE GIVE PHONE NO. OF SOMEONE WHO CAN REACH YOU.

| 1. LAST NAME | FIRST | MIDDLE INITIAL | 2. PHONE | HOME (OR OTHER*) |
| MAIL ADDRESS STREET | | P.O. BOX | | WORK |
| CITY | STATE | ZIP | 3. HOW LONG HAVE YOU LIVED IN THIS COUNTY YRS. MOS. | THIS STATE YRS. MOS. |
| 4. COUNTY | 5. PLACE OF BIRTH | 6. MARITAL STATUS  SINGLE  MARRIED  WIDOWED  SEPARATED OR DIVORCED | 7. NO. OF CHILDREN | |
| 8. AGE | 9. ARE YOU EMPLOYED?  YES  NO | 10. YOUR OCCUPATION OR BUSINESS | | |
| 11. YOUR FIRM OR EMPLOYER'S NAME | | | 12. BUSINESS ADDRESS OR EMPLOYER'S ADDRESS  STREET  CITY  STATE | |
| 13. IF RETIRED, YOUR OCCUPATION BEFORE RETIREMENT | | | 14. SPOUSE'S OCCUPATION (IF SPOUSE RETIRED, OCCUPATION BEFORE RETIREMENT) | |
| 15. ARE ANY CHARGES NOW PENDING AGAINST YOU FOR A STATE OR FEDERAL CRIME PUNISHABLE BY IMPRISONMENT FOR MORE THAN ONE YEAR?  YES  NO | | | 16. HAVE YOU BEEN CONVICTED OF A STATE OR FEDERAL CRIME PUNISHABLE BY IMPRISONMENT FOR MORE THAN ONE YEAR?  YES  NO | 17. IF "YES" WERE YOUR CIVIL RIGHTS RESTORED |
| 18. DO YOU HAVE ANY PHYSICAL OR MENTAL INFIRMITY WHICH WOULD IMPAIR YOUR CAPACITY TO SERVE AS A JUROR?  YES  NO  IF ANSWER IS "YES" AND YOU SEEK AN INFIRMITY EXCUSE PLEASE ATTACH A LETTER OR A DOCTOR'S STATEMENT. | | | 19. ARE YOU A SALARIED EMPLOYEE OF U.S. GOVERNMENT?  YES  NO | IF "YES", INSERT PROOF THAT YOUR CIVIL RIGHTS WERE RESTORED.  YES  NO |
| **105715275** | | | 20. ESTIMATED NO. OF MILES ONE WAY FROM YOUR HOME TO COURTHOUSE TO WHICH YOU ARE SUMMONED. | I declare under penalty of perjury that all answers are true to the best of my knowledge and belief.  SIGN HERE ▶ |

| Ruby J. Krajick<br>Clerk of Court | **UNITED STATES DISTRICT COURT**<br>Southern District of New York<br>www.nysd.uscourts.gov | Rhonda Mayers-Best<br>Jury Administrator |

## WHAT SHOULD I DO FIRST?

1. **Keep the top half of the summons, and bring the <u>original summons</u> (not a copy) with you when you report for jury service.** Do not detach the JUROR BADGE found on the front of this form. You must mail the lower portion of this summons within five (5) business days.

2. **You must call the recorded message *before* traveling to the courthouse.** You may not be required to appear on the date of the summons. Call the telephone number on the front of this form on the weekend or evening before you are summoned to appear for your reporting instructions. **All jurors should know their employer's policy regarding payroll and jury service before reporting to the courthouse.**

   **IMPORTANT: YOU ARE ALLOWED TO BRING ONE CELL PHONE TO THE COURTHOUSE. YOUR CELL PHONE WILL BE HELD BY SECURITY FOR SAFE KEEPING WHILE YOU ARE IN THE COURTHOUSE. NO OTHER ELECTRONIC DEVICES WILL BE PERMITTED.**

**Please Note:** You **cannot transfer** your jury duty service to any other courthouse. You **must** report to the courthouse that summoned you.

**TRAVEL DIRECTIONS TO THE NEW YORK CITY COURTHOUSE**: The Southern District Courthouse is located in downtown Manhattan, at 200 Worth St., 1 block east of Foley Square. **From Manhattan & the Bronx** take the 4, 5, or 6 subway downtown to Brooklyn Bridge Station. **From Westchester & Putnam** take Metro-North Railroad to Grand Central Terminal, then take the 4, 5 or 6 subway downtown to Brooklyn Bridge Station, or take the M103 bus downtown from the Lexington Ave side of Grand Central to the corner of Worth Street & Park Row. **From Rockland** take Metro North from Spring Valley, Nanuet, Pearl River, Sloatsburg or Suffern to Hoboken. Transfer to a PATH train at 34th Street Penn Station. Transfer to the downtown N, R, Q or W subway to 14th Street - Union Square Station and then transfer to the downtown 4, 5 or 6 subway to the Brooklyn Bridge Station. The other choice is to take the PATH train to World Trade Center and walk north on Church St. (with the traffic), then go right on Worth St. for 4 blocks or take an express bus to the Port Authority Bus Terminal and take the A or C subway downtown to the Chambers Street Station.

**HOW LONG WILL I SERVE JURY DUTY?** Your jury service will typically be **two weeks** or less from the first day you report to the courthouse. If you are selected as a juror, you must serve until the matter or matters before you conclude. **Important: The court's schedule may change, and you may not be required to appear on the date of the summons.** Call the telephone number on the front of this form on the weekend or evening before your summons date for your recorded reporting instructions. That recorded message may delay your date to appear by several days or more.

**TO POSTPONE YOUR JURY SERVICE (THIS DOES NOT APPLY TO A SUMMONS PRINTED "MUST SERVE")**: You may postpone your jury service for a maximum of six (6) months. To postpone your jury service complete the front of this form and use the return envelope to <u>mail</u> this entire original summons, and a brief note indicating when you can serve. Due to the large volume of mail you will not receive a reply to your letter, and you do not have to report to the courthouse. **You may postpone only 3 times.** If you have already postponed your service 3 times and still cannot serve, <u>you must appear in person before your summons date</u> to request an additional postponement. **If you receive a postponement or permanent excuse on the day you report for jury duty, you will not be paid for your attendance or travel. Did you recently serve jury duty?** You can be postponed if you served jury duty within the last 4 years. Simply mail back this summons and a copy of the Certificate of Jury Service from the court you served in. You will not receive a reply to your letter and you do not have to report to the courthouse.

**FOR EMERGENCY WEATHER CLOSINGS PLEASE CALL (212) 805-0515.**

**WILL I BE PAID FOR MY JURY DUTY SERVICE?** You will be paid an attendance fee plus your travel costs. Please learn your Employer's Jury Duty Policy before reporting.

**TO BE EXCUSED FROM JURY SERVICE PERMANENTLY**: If you wish to be excused permanently, answer all the questions on the front of this form and use the return envelope to send **(1)** this <u>entire original summons</u>, **(2)** a full note of explanation, and **(3)** any supporting documentation, such as a doctor's note or proof of a new address (such as a yellow postal forwarding sticker, a copy of a new driver's license, or a utility bill).

**PENALTY**: Failure to obey this jury summons may be punishable by fine and/or imprisonment. 28 U.S.C. 1866(g).

**PRIVACY NOTICE:** Federal Courts do not require anyone to provide any sensitive information in a telephone call. Most contact between a federal court and a prospective juror will be through the U.S. Mail. Any phone contact by court officials will not include requests for social security numbers, credit card numbers, or other sensitive information. Persons receiving telephone calls requesting such information should not provide it and should notify the Clerk of the Court that they have received such a call.

**A WORD OF THANKS:** There is no more valuable public service that a citizen can provide than the good faith performance of jury duty. We hope you find your jury service to be an interesting and rewarding experience, and we thank you for your time.