**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
<u>DawnMFlorio@yahoo.com</u>

November 21, 2023

> Application Granted.  Defendant Fernandez's sentencing hearing is adjourned from November 27, 2023, to **February 13, 2024, at 11:00 a.m.**  No further extensions will be granted absent extraordinary circumstances.  The Clerk of the Court is directed to terminate the letter motion at docket number 65.
> Dated: November 21, 2023
> New York, New York
>
> *LORNA G. SCHOFIELD*
> UNITED STATES DISTRICT JUDGE

<u>VIA ECF</u>
Honorable Justice Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

RE:   *United States v. Ana Fernandez*
<u>1:22-CR-199(LGS)</u>

Honorable Justice Schofield;

    I, Dawn M. Florio, attorney at law, represents Ana Fernandez on the above case matter for sentencing on November 27, 2023 @ 11am.

    I am requesting a postponement of the sentencing currently scheduled as I have been ordered to start a Murder Trial in the Bronx, People v. Nasir Greene, in front of Hon. Fabrizio that was originally scheduled for October but was pushed to this new date. (Please See Attached Notice).  Thereafter I have been ordered to start another trial on People v. Wendell George, which has been pushed to December. (See Do Not Engage Order).  I am asking for your Honor to set a new date for at least 60 days from the original scheduled date of November 27, 2023.

    AUSA Michael Herman and the Government oppose on my request for adjourning Ms. Fernandez's sentencing.  I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected.  I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Ana Fernandez*

CC:   AUSA Kevin Mead

AUSA Michael Herman

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: PART TP3
-------------------------------------------------------------------- X
THE PEOPLE OF THE STATE OF NEW YORK

                                                          ORDER
                    -against-                   Docket No.: CR-037520-22KN

WENDELL GEORGE,

                    Defendant.
--------------------------------------------------------------------X

**ARCHANA RAO, J.:**

      This matter is scheduled for trial on November 15, 2023. Given the age and nature of this case, the Court orders that the parties are not to become engaged in any hearings or trials that will conflict with the trial date of November 15, 2023. The parties are ordered to appear in Part TP3 promptly at 9:30 a.m. on November 15, 2023, to proceed to trial on this matter.

Dated: November 14, 2023
         Brooklyn, New York

                                                              ARCHANA RAO, J.C.C.
                                                              Kings County Criminal Court



Supreme Court
of the
State of New York

RALPH FABRIZIO
ACTING SUPREME COURT JUSTICE

BRONX COUNTY HALL OF JUSTICE
265 EAST 161ST STREET
BRONX, NEW YORK 10451

October 23, 2023

Dawn Florio, Esq.
488 Madison Avenue, 20th Fl.
New York, NY 10022

Richard Barton, Esq.
450 Seventh Avenue, Suite 500
New York, NY 10123

ADA Burim Namani
Bronx County District Attorney's Office
198 East 161st St.
Bronx, NY 10451

Re: People v. Greene and Robinson, 476/20

Dear Counselors,

    This letter is to confirm this Court's verbal directive, issued during the calendar call on October 3, 2023, and after consultation with the Administrative Judge, that this case is scheduled for a firm date for hearing and trial for October 31, 2023, at 9:30 a.m. in Part TRP. No attorney may answer ready for any other matters that will prevent this matter from being the next case each attorney will try. This case will be carried from day to day, if necessary, if there is not a part available on October 31, 2023, or if any attorney is finishing up a trial anywhere else.

Very truly yours,

Hon. Ralph Fabrizio
Acting Justice of the Supreme Court

Cc: ADA Christine Scaccia